UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MILLER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TRANS UNION, LLC,<br><br>*Defendant.* | Case 3:12-cv-01715<br><br>CLASS ACTION<br><br>FILED<br>SCRANTON<br><br>MAY 31 2018<br><br>PER _____<br>DEPUTY CLERK |

## ORDER GRANTING JOINT MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Before the Court is the parties' Joint Motion to Transfer This Action to the United States District Court for the Northern District of California for settlement purposes.

Pursuant to 28 U.S.C. § 1404(a), and by consent of the parties, the Joint Motion is hereby GRANTED. The Clerk of Court is directed to take all steps to transfer the above-captioned case to the United States District Court for the Northern District of California to be consolidated for settlement purposes with the case of *Larson v. TransUnion, LLC*, No. 12-5726-WHO (N.D. Cal.).

IT IS SO ORDERED.

Date: ___May 31___, 2018

Robert D. Mariani
United States District Judge

1